(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## for the
## Western District of New York

**RAMON M. ALFONSO**

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

**michael Travis, Patrick McCann, Jeremy Comfort, Joseph Evans, Brian Evans, Rich (Superintendent), Shannon Keeney, Rachael Lewis, NYS DOCC'S, Ann Marie T. Sullivan, John Doe's 1-4, John Ricciardeli, A Docter**

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. **24-cv-6324-CJS**
(to be filled in by the Clerk's Office)

JURY TRIAL  Yes ☒  No ___

"Yes" Jury Trial

FILED MAY 23 2024
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: RAMON M. ALFONSO
All other names by which you have been known:
ID Number: 21A0062
Current Institution: Sullivan Correction Facility
Address: P.O. BOX-116
Fallsburg, N.Y. 12733-0116
City / State / Zip Code

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed. 1 of 4

Pg. 1 of 4

Defendant No. 1
Name: Michael Travis
Job or Title (if known): Correction officer
Shield Number: N/A
Employer: NYS DOCC's
Address: Elmira C.F. 1879 Davis Street P.O. Box-500
Elmira, N.Y. 14901-0500
City / State / Zip Code
[X] Individual capacity   [X] Official capacity

Defendant No. 2
Name: Patrick McCann
Job or Title (if known): Correction officer
Shield Number: N/A
Employer: NYS DOCC's
Address: Elmira C.F. 1879 Davis Street P.O. Box-500
Elmira, N.Y. 14901-0500
City / State / Zip Code
[X] Individual capacity   [X] Official capacity

Page 2 of 11

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

Pg 2 of 4

Defendant No. 3
Name: Joseph Evans
Job or Title (if known): Correction officer
Shield Number: N/A
Employer: NYS DOCC's
Address: Elmira C.F. 1879 Davis St. P.O. Box-500
Elmira       N.Y.       14901-0500
City         State      Zip Code
☒ Individual capacity    ☒ Official capacity

Defendant No. 4
Name: Jeremy Comfort
Job or Title (if known): Correction officer
Shield Number: N/A
Employer: NYS DOCC's
Address: Elmira C.F. 1879 Davis St. P.O. Box-500
Elmira       N.Y.       14901-0500
City         State      Zip Code
☒ Individual capacity    ☒ Official capacity

Please Cont. seperate sheet paper

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th Amendment, Inadequate Medical Attention, Failure to Protect, Retaliations, Assault & Battered, Criminal False Criminal Arrest, equal Protection, 5th, 14th Amendment State, and Local and Correction Laws & or policies violations Fraud, Perjury, Access to Court, malicious Prosecution.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Plaintiff: RAMON M. ALFONSO    Pg. 3 of 9 →
vs.

**Defendant #5.)**
Name: Brian Evans
Job Title: Sergeant Officer
Shield #: N/A
Employer: NYS DOCC's
Address: Elmira C.F. 1879 Davis St. P.O. Box-500
Elmira, N.Y. 14901-0500
Both Capacities

**Defendant #6.)**
Name: Rich
Job title: Superintendant of Elmira at time of inccident April 15th 2021
Shield #: N/A
Employer: NYS DOCC's
Address: Elmira C.F. 1879 Davis St. P.O. Box-500
Elmira, N.Y. 14901-0500
Both Capacities

**Defendant #7.)**
Name: Shannon Keeney
Job title: Register Nurse at facility (Elmira C.F.)
Employer: NYS DOCC's
Address: Elmira C.F. 1879 Davis St. P.O. Box-500
Elmira, N.Y. 14901-0500
Both Capacities

**Defendant #8.)**
Name: Rachael Lewis
Job title: Register Nurse at facility (Elmira C.F.)
Employer: NYS DOCC's
Address: Elmira C.F. 1879 Davis St. P.O. Box-500
Elmira, N.Y. 14901-0500
Both Capacities

**Defendant #9.)**
Name: John Ricciardeli
Job title: Docter at facility Elmira C.F.
Employer: NYS DOCC's
Address: Elmira C.F. 1879 Davis Street P.O. Box-500
Elmira, N.Y. 14901-0500
Both Capacities

Please Cont Next Pg. →

Plaintiff: DAMON M. ALFONSO
vs.

Pg. 4 of 4
"END" on Defendants

**Defendant #10.)**
Name: NYS DOCC's
Job title: as Entety DOCC's
Employer: N.Y.S.
Address: 1220 Washington Ave Albany, N.Y. 12226

**Defendant #11.)**
Name: Ann Marie T. Sullivan
Job title: NYS DOCC's Commissioner
Address: 1220 Washington Ave Building #9 Albany, N.Y. 12226

**Defendant #12.)**
Name: John Doe #1 (A-officer on B-Block on incident day 4-15-21 7am-3pm shift)
Job title: Correction officer A-officer with keys to open gate
Shield: N/A
Employer: NYS DOCC's
Address: Elmira C.F. 1879 Davis St. P.O.Box-500 Elmira, N.Y. 14901-0500
Capacities: Both Capacities

**Defendant #13.)**
Name: John Doe #2 The B-officer on incident date on B-Block 7-3 tour on 4/15/21

**Defendant #14.)**
Name: John Doe #3  7am-3pm tour whom was working on E-Block and was part of the Assault on me (plaintiff) Heavy set white male
Job title: Correction officer for E-Block
Employer: NYS DOCC's
Address: 1879 Davis St. P.O. Box-500 Elmira, N.Y. 14901-0500
Capacities: Both Capacities

**Defendant #15.)**
Name: John Doe #4 A-Block Escort on 7-3 tour on 4-15-21 Tall white male
Job title: Correction officer
Employer: NYS DOCC's
Address: 1879 Davis St. P.O. Box-500, Elmira, N.Y. 14901-0500
Capacities: Both Capacities

END!

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**D.** Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☒ Other *(explain)* Plead Guilty & Sentenced

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.** If the events giving rise to your claim arose outside an institution, describe where and when they arose.

**B.** If the events giving rise to your claim arose in an institution, describe where and when they arose.

On April 15th 2021 approx 9:00 AM defendant Michael Travis gathered up a gang of officers to enter my cell location B-1-6 cell to cause and caused serious bodily injuries.

Please Cont Next Pg

Page 4 of 11

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

On 4/15/21 approx. 9 AM (RH) 7AM - 3PM tour/shift

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

On above date and time officer m. travis gathered officer in order to cause harm to Plaintiff due to plaintiff splashing him with water after a brief argument. However m. travis gather approx. 15 (fifthteen) officer's that happened to be escorts and or around the vecinity of B-Block which sit in the middle of A-Block and E-Block. m. Travis approached my cell a second time after the splashing with a knife stick on right hand making gesture by pounding it on left hand and making threats "You done fuck up now" "Oh I'm coming in first" and which he did. John Doe #1

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff was conts- Injured on Transeverse process fractures and C-3, C-5 fracturse L-1, L-2 fractures and orbital fractures, Recieved treatment only at hospital and medications at facility levels. However will need future sergeries.

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Injuction Relief, Compensatory, monestory, Punitive, nominal Damages in the Amount of 3,500,000 (Three million five hundred thousand) Dollers zero cents and for future medical expenses.

$3,500,000 & Future Medical Bills

D. What are the facts of claim. what happened who did what? was anyone else involved & who else saw what happened?

* the B-Block A-man that had pocession of the keys that operates the opening and closing of plaintiff's door gate. He opened and allowed the gang of officers including and not limited to michael travis leading the gang with a weapon at hand while making threatning and intimidating gesture and vocally making threats. Behind him was patrick mccann making gestures by pounding his fist on other hand next to him was Jeremy Comfort and Joseph Evans along with some officer's unknown to plaintiff. in the far back I saw a white shirt whom I latter foundout to be Srg. Brian Evans whom just stood by and never at onece protected plaintiff allowing his lower ranking officers to Assault & Battered plaintiff without any mercy whats so ever. Cell gate opened and plaintiff curled up in a ball on top of his mattress on his left side while the right side of body was opened for there Assaults. Plaintiff was hit well over 70 times and during the assault I could hear officer M. Travis tell P. mccann screamed out hold him right there, and which I was pinned on same position with right side exposed and thats when m. travis used the knife stick (wooden stick) and hit plaintiff in percise places which was right hip area and mid/lower back as in attempting to disambulate plaintiff and possiably peralizing or attempting to. plaintiff screamed out of pain, fear, agony and made several pleas to the Sergeant "Evans" to "Please Stop he's officer's on which he replied" who told you to splash my officer, you'll be lucky if you make it to the hospital", at this time P. mccann became more aggresive and started to strike my head seconds latter I was simi unconsious and was thrown on floor from bed and when awoke I was kneeling in front of my cell toilet hand cuffed with officer's pushing my head in the toilet. At this time I attempted to play possum but the pain didn't allowed me so I screamed again and again and again

Please Cont.→

Please D.
Cont.
pg. 3 of 8 → I was ordered by P. McCann to "shut the fuck up" and as much as I attempted I couldn't. Some time after reapeted beatens the Sergeant ordered P. McCann, J. Comfort and J. Evans to assist me to my feet and when that occurred I could fill that my right side of body was somewhat numb and dragging like dead weight. Defendants dragged me out of B-1-6 cell and other I/I's were screaming so that the officer could stop but this made things worse for me, I was dragged around the same block to other side (back side) and pushed into an empty cell that happen to be opened I was push down on floor and P. McCann, J. Evans, J. Comfort entered same cell and P. McCann pulled my pants down to my knee's and sexually assaulted Plaintiff by spreading my buttocks and penetrating my rectum while laughing amongs eachother and trading racial jokes about "wet backs" which is a term use for immigrants who swimm accross borders like mexicans or Dominican Republic. ect. After this sexual Act and deragatory jokes my pants were pulled up again and I was order to "Get the Fuck up" and I attempted but again I could'nt fill my right side of body and I felt a lot of pain when attempted coming from my lower back and right hip area and it felt like it was shooting electricity threw Hips threw back and up to neck, at this time because I could'nt stand up by self P. McCann thought I was problably making it harder for them and without warnings He (P. McCann) swung a hailmacker and punched me on stomach area (right side) and litterlly took the left over wind I had and took me to a semi-concious state of mind again I then remember being escorted threw Exits that lead →

Please cont. → D.
Pg. 4 of 8

me into the S.H.U. and I was thrown into a very small cage looking cell and I think due to the pain I went into a simi unconcious state of mind and remember a female voice who appeared to be a nurse saying "Hey mr ALFONSO I'm just checking your vitals and tempeture" and within seconds I heard the same voice say to officers "you gotta get him out of hear, He can't stay" I then remember being placed on a wheelchair and driven outside and to the facility Clinic. when I came to I can hear Sergeant Evans tell DR. J. ricciardeli "yes he's an overdose" and the DR. J. ricciardeli went along with what the officer were building on Plaintiff in order to justify the injuries. At this time no one knew of how serious this was. Anyway I was Denied adequate medical attention by Docter Ricciardeli. I told him what happened and where I fill injuries but he ignored me and order a shot of "Narcane" This Docter fail to protect me and enstead added to the pain. DR. ricciardeli was fully aware that I didn't need such medication he was also aware of All medication that Plaintiff recieves via the facility and one of them is an opiate and by administering "Narcane" just added to the pain along withdrawls do to the "Narcane" Plaintiff believes that DR. Ricciardeli wanted me more unstable so that Plaintiff would not have a fair chance to advocate for self due to the withdrawls and staff. Upon arriving at Arnot odgen medical Center as an Adult overdose I had to prove to the Docter there that it's a scheme and that I have been drug cleaned since 2019 and I took blood work and urinalises to prove it →→

please cont.→ pg 5 of 8

when urinalizis results came back as negative besides the facility perscribed drugs. That's when the Docters at Arnot odgen medical Center (A.O.M.C.) became more ears and Re-examine me and although I was drugged due to the "Narcan" a Docter issued a relaxer so that I can function better for them to examine me properly. minutes later I was re-examined and that's when Docters at (A.O.M.C.) noticed where I kept pointing at my right side Hip area and my lower back was killing me. A Docter I believe by the name of Alexander ordered X-Rays, MRI, Ct scan and many more procedures and hours later they (A.O.M.C.) Docter's found the Problems. They found many fractures and the medical terms are "Transverse process fractures L-1, L-2, C-3, C-5 fractures. with lower abdominal internal bruising, where P-mccann Punched me with the Hailmaker without warnings. It was also found orbital fractures I believe that's my eyes locations where I was punched unconscious. I returned back into facility into medical unit and then shu. I was then send out to a Residentual mental Health unit for further treatment and after a few months somehow I was send right back into my assailants hands. The NYS DOCC's Commissioner fail to protect me because they were aware of such inccident due to the use of force report, Plaintiff exhausion of Grievances via I.G.R.C. where no respond came from them so Plaintiff appeal to Superintendant Rich and again no answer which lead Plaintiff to re-appeal to Central office Review Committee at Albany, N.Y.

Please cont. Pg 6 of 8 →

Docs where the NYS Commissioner sits and even they didn't answer as in attempting to sweep things under the rugg. It's Plaintiff belief that he was send back to his assailants to buy time knowing that Plaintiff would have a ruff time which he did. Plaintiff was threatend to "leave things As is" If not "you already know what happened before" And "this time you might not make it back" Plaintiff stood in Elmira C.F. after such inccident and had to stop the execution of this claim well over 1 year. Plaintiff only exhausted All three levels of Grievance's and Also filed a Notice of intention with the NYS Comptroller office and wrote letters to the Attorney Generals office and had office Special Investigation unit (OSI) investigate but for some reason the two officers investigating such crime were only concern about the sexual Assault part and for nothing because approx one year latter it was dismissed. Defendant's falsly prosecuted Plaintiff institutionally with fake misbehavior reports that lead to Plaintiff paying $10.00 served 180 Day's of shu and was Hit at his Parole Board 15 months due to these false allegations. Defendant's also maliciously Prosecuted Plaintiff via Chemung County criminal court with 2 counts of 2° Assault. Plaintiff was giving a public defender by the name of John Brennon and the judge name was Richard Rich. However if it wasn't for wittness that came forward whom was release to society and spoke the truth Plaintiff would have still been doing extra time to serve. Approx one year latter after indicted for false/fraud/perjury due to the wittness Judge Richard Rich Dismissed the case

Pleas Cont pg. 7 of 8 →

around August 21st 2022 I recieved a letter stating the fact of such dismissal All corretion officer's utilized the force to harm Plaintiff and never to restore security withen there facility. The Srg. Evans fail to protect me twice and Commited fraud, perjury and also gave false testimonies along his lower Ranking officer involved in this, to Chemung County Court Grand Jury Minutes in order to Justify Plaintiffs injuries and to Continue the Assault on Plaintiff. Docter John Ricciardeli fale to protect Plaintiff also, when he maliciously ordered "Narcan" for Plaintiff althou-gh Plaintiff was not no overdose and Plaintiff was Coherent as well. Docter Ricciardeli sided with Srg. Evans and others, to harm plaintiff and mistreat Plaintiff Causing more injuries due to Plaintiff's known Perscribed medication which lead Plaintiff to withdrawl and expirlance more painful and agony symptoms. NYS Docc's Commissioner failed to protect me Srg. Evans, DR. Ricciardeli & Superintendant Rich. All my legal Document have been targeted Since Dec. 4th 2023 and again Jan 13th 2024 and last was 4-15-24 while on Draft from marcy to Sullivan the last of this Case Came up missing again one whole draft bag Came up missing upon my arrival hear at Sullivan. For the record michael Travis worked hear at Sullivan for years before going to Elmira so I'm sure that a favor was done by an unknown officer to Plaintiff where my properties were Attacked. I'm just

Alfonso, Ramón
Michael Travis et al.

Please cont page 15 →

writting everything to my best of knowledge whats in my head and what I can remember. I no longer possess All Documents such as the use of Force Report, The infraction, ~~[redacted]~~ (RA) t copies saved, The Grand Jury minutes for when Plaintiff was falsely accused of a crime, The Parole board decision onto why I got hit with 15 months more, O.S.I. Investigation, All letters written to organisations e.g. ~~Advocates~~, Prison Legal Service, my copie to this 1983 when first filed, All the name collected by Plaintiff on defendants, The Arnot medical center final Report and discharge of Plaintiff and recomendations that were never followed by DR. Ricciardeli and others, I mean Everything. The good thing is that my mind record most of it and I'm able to write it down now on paper. However I'm starting to foil these Document so that I can pay for them again so I can re-submitt in near future. Moving forward Plaintiff is sick lame and permentally disable and will need future sergeries for Hip Replacement and for Plaintiff L-3 and L-5 Disc Replacements. False Arrest, Execive force, Access to Court, Denial of adequet medical attention, Equal Protection, and Malicious Prosecution are what Defendants violated along with local, State laws violations, ~~[redacted]~~ (RA) New York Correctional law's, Policies, Protocols and Procedures were also violated by these defendants and most of all my Federal Rights, my dignity and the way I look at Authorities. They are evil but then again I'm suppose to be the criminal, they make me fill like I'm an Angel next to them.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Elmira C.F.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

Page 6 of 11

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? at Marcy C.F. to I.G.R.C. and Superintendant Appeal and C.O.R.C.

2. What did you claim in your grievance? The Assaults Both the Physical and Sexual also on Appeals I added the false prosecutions, and retaliations that followed

3. What was the result, if any? No Answers

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.) I Appealed to highest level and still no answer so I utilized office special Investigation from Albany and they investigated the inccidents. I also used Risk management. Advocates for Therapy for Sexual Assault victims and prison Legal service. I also made attempts to file Grievance again via another facility (RMHU) Residentual mental Health unit at marcy but by that time it was label as late.

Page 7 of 11

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   _____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Contacted (OSI) office of special Investigations and they Investigated, prison legal Services, and other facility while at Marcy (R.m.H.u) but it didn't happened there so it was waste of time..

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No        NO!

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No    NO!

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s) _____
      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*
      _____

   3. Docket or index number
      _____

   4. Name of Judge assigned to your case
      _____

   5. Approximate date of filing lawsuit
      _____

   6. Is the case still pending?
      ☐ Yes
      ☐ No
      If no, give the approximate date of disposition. _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
      _____

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *Ralf.* 5-6-24

Signature of Plaintiff: *Ralf.*
Printed Name of Plaintiff: RAMON Y. ALFONSO
Prison Identification #: 21A0062
Prison Address: Sullivan C.F. P.O. Box 116, Fallsburg, N.Y. 12733-0116

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
    City / State / Zip Code
Telephone Number: _____
E-mail Address: _____